

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALFREDO CARRASCO, | § | No. 08-20-00062-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CITY OF EL PASO AND EL PASO WATER UTILITIES, | § | of El Paso County, Texas |
| | § | (TC# 2016-DCV-3774) |
| Appellees. | § | |

## CORRECTED ORDER

The Court GRANTS the Appellees' motion to reschedule the January 13, 2021, submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 21st day of December, 2020.

PER CURIAM

**Before Rodriguez, J., Palafox, J., and Ferguson, Judge**
(Ferguson, Judge, sitting by assignment)